**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael P. Shaw,               )<br>                                       )<br>          Plaintiff,         )<br>                                       )<br>v.                                 )<br>                                       )<br>City of Phoenix, et al.,       )<br>                                       )<br>          Defendants.    )<br>_____) | No. CV-07-2595-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 5). This motion is not in compliance with the Local Rule 3.3, and fails to provide the necessary information. Plaintiff fails to provide the amount of salary and wages per month that he received from his last employment, the sources and amount of other money received, an estimated value of other property, and the amount he contributes to his children. Plaintiff's motion will therefore be denied. Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 5). Plaintiff shall be required to submit the $350.00 filing fee.

//

//

//

//

//

1     **IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this
2 action if the filing fee is not submitted by **February 15, 2008.**
3     DATED this 29th day of January, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge